UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 8:09-CR-450-T-17TGW

DESTINY LEE ANDERSON.

_____/

ORDER

This cause is before the Court on:

Dkt. 35      Unopposed Motion for Early Termination of Supervised Release

Defendant Destiny Lee Anderson moves for early termination of supervised release pursuant to 18 U.S.C. Sec. 3583(e)(1).

In Count I of the Indictment, Defendant Anderson was charged with conspiracy to distribute, and to possess with intent to distribute, oxycodone, in violation of 21 U.S.C. Secs. 846 and 841(b)(1)(C). Defendant Anderson entered into a Plea Agreement which contains an accurate factual statement of Defendant's involvement in the offense (Dkt. 17, pp. 14-15).

On May 3, 2010, Defendant Anderson was sentenced to a 70-month term of incarceration, a 36-month term of supervised release, with the special condition that Defendant participate in a substance abuse program as directed, and a $100 special assessment (Dkt. 28). Defendant Anderson has completed her 70-month term of incarceration. On December 17, 2014, Defendant Anderson was released by the Bureau of Prisons.

Case No. 8:09-CR-450-T-17TGW

Defendant Anderson has served more than one year of Defendant's term of supervised release without any violations, and is being transitioned to "administrative supervision," which is reserved for extremely compliant cases that exhibit a low risk of recidivism.

Defendant Anderson's supervising U.S. Probation Officers in the Northern District of Florida do not oppose Defendant Anderson's Motion for Early Termination, and the Government does not oppose Defendant Anderson's Motion for Early Termination.

Pursuant to 18 U.S.C. Sec. 3583(e)(1), the Court may, after considering the relevant Sec. 3553(a) factors, terminate a term of supervised release and discharge a defendant at any time after the expiration of one year of supervised release, if the Court is satisfied that early termination is warranted by the conduct of the defendant released and the interest of justice.

The § 3553(a) factors that the Court must consider are: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to afford adequate deterrence to criminal conduct; (3) the need for the sentence imposed to protect the public from further crimes of the defendant; (4) the need for the sentence imposed to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the kinds of sentence and sentencing range established for the applicable category of offense committed, as set forth in the Sentencing Guidelines; (6) pertinent policy statements issued by the Sentencing Commission; (7) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (8) the need to provide restitution to any victims of the offense. 18 U.S.C. §§ 3583(e), 3553(a)(1), (a)(2)(B)—(D), (a)(4)—(7).

Case No. 8:09-CR-450-T-17TGW

After considering the relevant Sec. 3553(a) factors, the Court finds that early termination is warranted by the conduct of Defendant Anderson, and the interest of justice. The Court therefore grants Defendant Anderson's Unopposed Motion for Early Termination of Supervised Release. Accordingly, it is

**ORDERED** that Defendant Anderson's Unopposed Motion for Early Termination of Supervised Release (Dkt. 35) is **granted**, and Defendant Anderson is discharged from supervision.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 12 day of January, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
United States Probation Office